People of the State of Illinois, appellant, v. Jacob Kapustiak, appellee. Gen. No. 40,100.

Opinion filed June 21, 1938.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Lucille Hirsch et al., appellees, v. Automatic Canteen Company of America, appellant. Gen. No. 39,545.

Opinion filed June 21, 1938. Rehearing denied July 7, 1938.

Miller, Gorham, Wescott & Adams, for appellant; Herbert C. De Young, Charles F. White and Robert E. English, of counsel. J. Edward Jones, for appellees.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Edison Construction Company, appellee, v. Stanley Kurzeja and Victoria Kurzeja, appellants. Gen. No. 39,577.

Opinion filed June 21, 1938.

J. J. Klepak, for appellants; Elwyn E. Long, of counsel. Edward S. Schneider, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Pearl Taylor Willis, appellee, v. City of Chicago, appellant. Gen. No. 39,610.

Opinion filed June 21, 1938.

Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, Arthur Chittick and Lionel J. Berc, Assistant Corporation Counsel, of counsel. Joseph King, for appellee; Arthur L. Margolis, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.